1
2
3
4
5

**KAMBERLAW, LLP**
Michael Aschenbrener (SBN 277114)
masch@kamberlaw.com
9404 Genesee Ave, Suite 340
La Jolla, CA 92037
Telephone: (303) 222-0281
Facsimile: (858) 800-4277

6
7
8
9

**SHERMANOLAW**
David B. Shemano (SBN 176020)
dshemano@shemanolaw.com
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 492-5033

10
11

Attorneys for Plaintiff M. Papadopoulos
Dental Corporation and the Classes

12

**UNITED STATES DISTRICT COURT**

13

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

14

15
16
17

**M. Papadopoulos Dental Corporation**, a California corporation, individually and on behalf of all others similarly situated,

18

Plaintiff,

19

v.

20
21

**ICP, Inc. d/b/a Dental City**, a Delaware corporation,

22

Defendant.

Case No.  2:19-cv-1133-PSG-GJS

Assigned to:  Hon. Philip S. Gutierrez

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Complaint Filed:  February 14, 2019
Answer Filed:  None
Trial Date:  None

23
24

25   / / /

26   / / /

27   / / /

28

**PLAINTIFF'S RESPONSE TO**          - 1 -
**ORDER TO SHOW CAUSE**

1    Plaintiff served the Defendant the Summons, Complaint, Exhibits, Notice to

2  Parties of Court Directed ADR Program, and Notice of Assignment to United States

3  Judges on February 19, 2019, as evidenced by the Proof of Service filed with the Court

4  on February 19, 2019 and designated as ECF 12 in this action.

5    Subsequently, Wisconsin counsel for Defendant contacted counsel for Plaintiff.

6  The parties are currently engaged in informal discovery and good faith early resolution

7  discussions.

8    Counsel for Plaintiff, via email, granted Defendant a 28-day extension, up to

9  and including April 9, 2019, to respond to the Complaint in order to facilitate these

10  discussions without Defendant yet needing to hire local counsel or otherwise expend

11  extra resources.

12    For the foregoing reasons, Plaintiff M. Papadopoulos Dental Corporation is not

13  requesting an entry of default against Defendant ICP, Inc. d/b/a Dental City at this

14  time.

15

16  Dated: March 27, 2019                **M. PAPADOPOULOS DENTAL**
                                          **CORPORATION**, individually and on behalf
17                                        of all others similarly situated,

18

19                                        By: /s/ *Michael Aschenbrener*
                                          Michael Aschenbrener
20                                        One of Plaintiff's Attorneys

21
                                          Counsel for Plaintiff and the Putative Classes
22

23

24

25

26

27

28
    **PLAINTIFF'S RESPONSE TO**          - 2 -
    **ORDER TO SHOW CAUSE**