**KAMBERLAW, LLP**
Michael Aschenbrener (SBN 277114)
masch@kamberlaw.com
1501 San Elijo Road South
Suite 104-212
San Marcos, CA 92078
Telephone: (303) 222-0281
Facsimile: (858) 800-4277

**SHEMANOLAW**
David B. Shemano (SBN 176020)
dshemano@shemanolaw.com
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 492-5033

Attorneys for Plaintiff M. Papadopoulos
Dental Corporation and the Classes

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **M. Papadopoulos Dental Corporation**, a California corporation, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **ICP, Inc. d/b/a Dental City**, a Delaware corporation, <br><br> Defendant. | Case No.  2:19-cv-1133-PSG-GJS <br><br> Assigned to:  Hon. Philip S. Gutierrez <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

//

//

//

//

STIPULATION OF DISMISSAL         - 1 -

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff M.

2  Papadopoulos Dental Corporation and Defendant ICP, Inc., hereby stipulate that this

3  action be dismissed on the merits *with prejudice*. The parties shall bear their own

4  attorneys' fees and costs.

5

6

7  Dated: November 23, 2020            **M. PAPADOPOULOS DENTAL**
                                        **CORPORATION**, individually and on behalf
8                                       of all others similarly situated,

9

10                                      By: s/ Michael Aschenbrener
                                        Michael Aschenbrener
11                                      One of Plaintiff's Attorneys

12                                      Counsel for Plaintiff

13

14                                      **ICP, Inc. d/b/a Dental City**

15

16                                      By: s/ Justin Penn
                                        Justin Penn
17                                      One of Defendant's Attorneys

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**          - 2 -