

**KAMBERLAW, LLP**
Michael Aschenbrener (SBN 277114)
masch@kamberlaw.com
1501 San Elijo Road South
Suite 104-212
San Marcos, CA 92078
Telephone: (303) 222-0281
Facsimile: (858) 800-4277

**SHEMANOLAW**
David B. Shemano (SBN 176020)
dshemano@shemanolaw.com
1801 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 492-5033

Attorneys for Plaintiff M. Papadopoulos
Dental Corporation and the Classes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **M. Papadopoulos Dental Corporation**, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ICP, Inc. d/b/a Dental City**, a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-1133-PSG-GJS<br><br>Assigned to: Hon. Philip S. Gutierrez<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**; ORDER |

//
//
//
//



E-FILED
NOV 2 4 2020
Document # [illegible]
link #39
JS-6

STIPULATION OF DISMISSAL         - 1 -

Pursuant to <u>Federal Rule of Civil Procedure 41(a)(1)(A)(ii)</u>, Plaintiff M. Papadopoulos Dental Corporation and Defendant ICP, Inc., hereby stipulate that this action be dismissed on the merits *with prejudice*. The parties shall bear their own attorneys' fees and costs.

Dated: November 23, 2020

**M. PAPADOPOULOS DENTAL CORPORATION**, individually and on behalf of all others similarly situated,

By: s/ Michael Aschenbrener
Michael Aschenbrener
One of Plaintiff's Attorneys

Counsel for Plaintiff

**ICP, Inc. d/b/a Dental City**

By: s/ Justin Penn
Justin Penn
One of Defendant's Attorneys

IT IS SO ORDERED,
DATED: 11/20/2020
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL         - 2 -